## 45555. SEARS, ROEBUCK & COMPANY v. SUPERIOR RIGGING & ERECTING COMPANY.

EBERHARDT, Judge. The sole issue in this case is whether appellee's claim for lien was filed within the statutory three-month period after completion of the work performed by it as a subcontractor. In a former appearance of the case (*Sears, Roebuck & Co. v. Superior Rigging &c. Co.,* 120 Ga. App. 412 (170 SE2d 721)), we affirmed a denial of summary judgment, holding that the evidence submitted in connection with the motion raised a jury question as to when the work was completed, and thus as to whether the claim for lien was timely filed. The evidence submitted on trial of the case before a judge without a jury was substantially the same as that submitted in the summary judgment hearing. Consequently, and applying the *law of this case,* we affirm the judgment, the effect of which is to hold that the claim was timely filed.

*Judgment affirmed. Jordan, P. J., and Pannell, J., concur.*
ARGUED SEPTEMBER 11, 1970—DECIDED SEPTEMBER 23, 1970.

*Alston, Miller & Gaines, Ronald L. Reid,* for appellant.
*Burger, Flemister & Slotin, James L. Flemister,* for appellee.